UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATHAN TYLER, DANIEL O'NEIL and CARLOS MARQUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> SUFFOLK COUNTY, SHERIFF ANDREA J. CABRAL, in her individual and official capacities, and SUPERINTENDENT GERARD HORGAN, in his individual and official capacities, <br><br> Defendants. | Civil Action No. 06-CV-11354-NMG |

## PLAINTIFFS' MOTION TO COMPEL
## RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the District of Massachusetts, Plaintiffs and the Plaintiff class (collectively, "Plaintiffs") move this Court for an order overruling Defendants' objections to certain document requests and interrogatories, and directing Defendants to serve complete answers to the same. In particular, Plaintiffs seek an order requiring Defendants to provide answers to document requests and interrogatories regarding relevant matters that occurred before the start of the class period and before the start of Defendant Horgan's and Cabral's respective tenures in their current positions; requiring Defendants to answer interrogatories based on information reasonably available to them, not solely on their personal knowledge, and, if no such information is available after

reasonable inquiry, to state the efforts made to obtain such information. Plaintiffs seek an order compelling Defendants to provide such complete answers to Plaintiffs' Interrogatory Nos. 5, 8, 9, 11, 13, 14, and 15, and Requests for Documents Nos. 11, 13, 15, and 16.

In support of this Motion, Plaintiffs rely on the Plaintiffs' Memorandum of Law and on the Declaration of David Milton and the exhibits attached thereto.

**WHEREFORE,** Plaintiffs request that the Court enter an order

(1) overruling Defendants' objections to Plaintiffs' Interrogatory Nos. 5, 8, 9, 11, 13, 14, and 15, and Requests for Documents Nos. 11, 13, 15, and 16;

(2) with respect to the foregoing interrogatories, requiring Defendants to provide answers based on information reasonably available to them, not solely on their personal knowledge, and, if no such information is available after reasonable inquiry, to state the efforts made to obtain such information; and

(3) directing Defendants to provide complete answers to the above interrogatories and document requests within two weeks of the date of the Court's opinion.

        RESPECTFULLY SUBMITTED,
        For the plaintiffs and the plaintiff class,

        /s/ David Milton
        Howard Friedman, BBO #180080
        David Milton, BBO #668908
        **Law Offices of Howard Friedman, P.C.**
        90 Canal Street, Fifth floor
        Boston, MA 02114-2022
        T (617) 742-4100
        F (617) 742-5858
        hfriedman@civil-rights-law.com
        dmilton@civil-rights-law.com

Dated: June 20, 2008

**CERTIFICATE PURSUANT TO LOCAL RULES 7.1 & 37.1,
AND FEDERAL RULE 37(a)**

I certify that prior to filing this motion I conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues raised herein, and further certify that I complied with the provisions of Local Rule 37.1. Pursuant to Local Rule 37.1(B)(2), Plaintiffs provide the details of these efforts in the Declaration of David Milton.

Date:   June 20, 2008                                  /s David Milton
                                                       David Milton

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.

Date:   June 20, 2008                                  /s/ David Milton
                                                       David Milton